UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2015 MAY 22  PM 2: 05

REGINA THOMAS
CLERK
BY_____
DEPUTY CLERK

IN RE:

EMROL G. EDWARDS                                          ) CASE NO. 12-59587

FELICIA EDWARDS                                            ) JUDGE: PAUL BONAPFEL

Debtor(s)                                                          ) CHAPTER: 13

## MOTION TO INCUR POST-PETITION INDEBTEDNESS

Comes now EMROL G EDWARDS and FELICIA EDWARDS, Debtor(s), and move the Court for authority to incur indebtedness, and in support thereof states unto the Court as follows:

1. Your Debtor(s) filed a Chapter 13 bankruptcy proceeding in this Court on 04-12-2012, and the Chapter 13 plan was last confirmed in 10-11-2012.
2. As of the present time, the Debtors are performing under their last confirmed Chapter 13 plan.
3. That your Debtor(s) desire to incur new indebtedness, the terms of which are as follows:

The Debtor(s) wish to purchase known as: 2075 TURTLE DOVE WAY LAWRENCEVILLE GA 30043, by executing a Loan with: SILVERTON MORTGAGE SPECIALIST INC. NMLS 109600. Under the terms of the proposed Loan, the Debtors would finance approximately $180,000 with an interest rate of approximately 4.0% for 360 months and monthly payments of approximately $1254 monthly payment amount.

4. The maximum amount to be financed is approximately $180,000. Pursuant to the terms of the proposed Loan, there will be no proceeds available to be used to pay the Trustee the remaining balance of the base gross of the Debtor's confirmed plan. The debtors will receive no funds directly from this Loan. The Debtor' last confirmed plan provides that the allowed general unsecured creditors will be paid less than 100% of their allowed claims.

5. That your Debtor(s) believe that incurring the new indebtedness is necessary and proper, that your Debtor(s) are able to repay said indebtedness upon the terms set forth hereinabove, and the purpose for incurring the new indebtedness is as follows:

The Debtor(s) wish to finance this property through the execution of a Loan. The Debtor do not feel this will be a burden to their finances and are requesting your permission to execute this loan.

WHEREFORE, your Debtor(s) respectfully request the Court authorize your Debtors to incur the indebtedness described herein above for the purposes previously stated.

DATE: 5/22/15

SIGNATURE: *Felicia Edwards* 5/22/15

*Emrol Edwards* 5/22/15

PRINT       EMROL EDWARDS

FELICIA EDWARDS

ADDRESS:    4281 VINEYARD TRAIL

SNELLVILLE GA 30039

Phone:      678.386.3770

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: ) Case No.: _12-59587_

_Emrol G. Edwards_ ) Judge: _PAUL BONAPFEL_

_Felicia Y Edwards_ ) Chapter: _13_

Debtor(s)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the _22_ day of _MAY_ 2015 I served a copy of _MOTION TO INCUR POST-PETITON INDEBTEDNESS_, which was filed in this bankruptcy matter on the _22_ day of _MAY_, 2015.

___

Mode of service (circle one):   MAIL ☐   HAND DELIVER ☒

Name and Address of each party served:
_Mary I Da Townsend_
_Chapter 13 Trustee_
_Suite 200_
_191 Peachtree Street, NE_
_Atlanta, GA. 30303-1740_

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _05/22/15_   Signature: _Emrol Edwards_
_5/22/15 Felicia Edwards_   _Felicia Edwards_

Printed Name:  _Emrol Edwards_
_Felicia Edwards_

Address:   _4281 Vineyard Trl_
_Snellville GA. 30039_

Phone:   _678-386-3770_